## 49016. DILLARD v. THE STATE.

STOLZ, Judge.

The conviction of the offense of criminal attempt to commit burglary was authorized by evidence that the prosecutrix had a clear view of the defendant as he was breaking into her home; that she unequivocally identified the defendant when she was subsequently confronted with him; that, after the attempted burglary, the defendant was seen running away from the house of the prosecutrix toward his automobile, where he tried to pick up a gun; that footprints from the house to the defendant's automobile were the same size as the defendant's shoes, which had dirt on them like that in the prosecutrix' yard.

*Judgment affirmed. Hall, P. J., and Deen, J., concur.*

SUBMITTED FEBRUARY 11, 1974 — DECIDED FEBRUARY 19, 1974.

*Edward Lang,* for appellant.

*Richard Bell, District Attorney, Randall Peek,* for appellee.